# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD BROWN, JR.,

        Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration

        Defendant.

Civil Action No. 14-cv-1826 (CRC) (DAR)

## ORDER

Upon careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation filed September 29, 2016, and hearing no objections from the Defendant, the Court hereby **ADOPTS** the Report and **ACCEPTS** the Recommendation of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that [9] Plaintiff's Motion for Judgment of Reversal be **GRANTED**. It is further

**ORDERED** that [10] Defendant's Motion for Judgment of Affirmance be **DENIED**. It is further

**ORDERED** that the case be remanded to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

**SO ORDERED.**

Date:   November 30, 2016  

                              
CHRISTOPHER R. COOPER
United States District Judge